UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-7445 CIV-MARRA/Matthewman

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

BRUCE MCCOY,
        Defendant,
vs.

CORAL SQUARE HEALTH AND
WELLNESS CENTER, INC.,
        Garnishee.
_____/

## ORDER RATIFYING STIPULATION FOR CONTINUING WRIT OF GARNISHMENT

THIS CAUSE came before the Court upon the parties' Stipulation for Continuing Writ of Garnishment [D.E.45]. After careful review of the record, and the Court being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED as follows:

1. The balance as of March 7, 2013 is $**30,457.52**. Interest continues accruing at the legal rate as prescribed by §28 U.S.C. 1961 until the Judgment is Satisfied.

2. The Garnishee shall release forthwith to the Plaintiff all amounts presently being held to date.

3. This Order shall act as a Continuing Writ of Garnishment to the judgment debtor's employer who shall pay unto the Plaintiff that portion of the Defendant's salary or wages, as provided in Section §77.0305, Florida Statutes, not to exceed the amount authorized by law as set forth in 15 U.S.C. § 1673, as same becomes due until the Judgment is Satisfied or until otherwise

1

ORDER RATIFYING STIPULATION FOR CONTINUING WRIT OF GARNISHMENT
CASE NO. 96-7445 CIV-MARRA/Matthewman
Page Two

provided by Court Order -- *as set forth in the attached **Stipulation for Entry of Final Judgment of Continuing Writ of Garnishment**;* to wit: $125.00 per paycheck until 02/26/2014 and beginning 02/26/2014, $150.00 per paycheck of the Defendant's disposable income.

4. All payments to Plaintiff are to be made payable to the Department of Justice and sent to the U.S. Department of Justice, Central Intake Facility, P. O. Box 790363, St. Louis, MO 63179-0363. **CDCS# 1996A83697** must be written on the check to ensure proper posting.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 7th day of March, 2013.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable Kenneth A. Marra
All Counsel of Record

BRUCE MCCOY
Defendant

CORAL SQUARE HEALTH AND WELLNESS CENTER, INC.
c/o JOHN S. MCCOY, Reg. Agent
736 Riverside Dr., Coral Springs, FL 33071
Garnishee